ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CONNIE MUNOZ,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage FSB, f/k/a World Savings Bank, FSB; and NDEx WEST, LLC,<br><br>    Defendants. | Case No.:  8:11-cv-01072-AG-RNB<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*The Honorable Andrew J. Guilford*] |

On January 9, 2012, this Court issued an Order granting, without leave to amend, the motion of Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") to dismiss the Second Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendant NDEx West, LLC ("NDEx") joined in that motion.

In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Defendants Wells Fargo and NDEx and against Plaintiff Connie Munoz.

2. The prevailing parties, if allowed by law, may submit motions to recover costs and attorney fees.

3.

Dated: January 13, 2012  _____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

1  I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled **[PROPOSED] JUDGMENT OF DISMISSAL** on all interested parties in said case addressed as follows:

| *Served Electronically by Means of the Court's CM/ECF System* | *Served Electronically by Means of the Court's CM/ECF System* |
|---|---|
| *Attorney for Plaintiff*<br><br>Barry Jorgensen, Esq.<br>634 Diamond Bar Blvd.<br>Diamond Bar, CA 91765<br>Tel: 909-396-7200; Fax: 909-396-4786<br>riversidebarry@yahoo.com | *Attorneys for NDeX West, LLC*<br>Edward A. Treder<br>Deepika S. Saluja<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>*Tel: 626.915.5714; Fax: 909.595.7640* |

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **January 9, 2012.**

   Helene Saller                         */s/ Helene Saller*
    (Print name)                         (Signature)